UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00307-AN |
| v. | INFORMATION |
| CIARA D. MERCADO, | 41 C.F.R. § 102.74.385 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102.74.385)**

On or about August 4, 2025, in the District of Oregon, the defendant, **CIARA D. MERCADO,** did willfully enter in and on federal property, specifically: the grounds of the Immigration and Customs Enforcement Building, and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: August 5, 2025               Respectfully submitted,

                                    SCOTT E. BRADFORD
                                    United States Attorney

                                    */s/ Thomas S. Ratcliffe*
                                    Thomas S. Ratcliffe, ILSB #6243708
                                    Assistant United States Attorney