SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JESSICA R. KEEFER, MDB #1412180261**
Assistant United States Attorney
Jessica.Keefer@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00307-AN |
| v. | **MOTION TO DISMISS** |
| **CIARA D. MERCADO,** | **INFORMATION** |
| **Defendant.** | |

The United States of America moves this court for an Order under Rule 48(a), Fed. R. Crim. P., to dismiss without prejudice the information in the above captioned case filed on August 5, 2025 in the best interests of justice.

Dated: September 4, 2025                    Respectfully submitted,

                                            SCOTT E. BRADFORD
                                            United States Attorney

                                             /s/ Jessica R. Keefer
                                            JESSICA R. KEEFER, MDB #1412180261
                                            Assistant United States Attorney